# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Enterprise Leasing Company-Southeast, LLC<br>EAN Holdings, LLC, | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:23-cv-00663-RJC-DCK |
| vs. | ) | |
| Jade Alexia Carr<br>Marcus Alonzo Harris<br>D.C.<br>Deveon Cooper,<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2025 Order.

January 8, 2025

_____
Katherine Hord Simon, Clerk
United States District Court